Case No. SA CV 14-1877-DOC (DFMx)            Date: November 9, 2017

Title: IMEMCO INC. V. LUMENIS INC, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DISMISSING CASE WITHOUT PREJDUCE**

    The parties appeared for a status conference on November 9, 2017 (Dkt. 121). For the reasons stated on the record—including the non-participation and non-attendance of Plaintiff's sole officer and director, after repeated warnings by the Magistrate Judge and the District Judge—the Court DISMISSES this case WITHOUT PREJUDICE.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                 Initials of Deputy Clerk: djl
CIVIL-GEN